The State of Ohio, Appellee, v. Yauger, Appellant.

[Cite as *State v. Yauger* (1996), 76 Ohio St.3d 192.]

(No. 96–719—Submitted June 4, 1996—Decided July 31, 1996.)

---

*Scott J. Mastin,* Tuscarawas County Assistant Prosecuting Attorney, for appellee.

*Ricky Yauger, pro se.*

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.